

# Forensic Data Services, Inc.

**3325 South University Drive, Ste. 206**
**Davie, Florida 33328-2020**
**(954) 727 - 1957**
Rmoody@fds.global

July 30, 2024

Asher Cohen PLLC
2377 56th Dr, Brooklyn,
New York 11234

Re: https://www.partyonthegrill.com/ Website Report

Dear Counsel

As requested, I have reviewed the documents produced by your office.

Additionally, I have analyzed the Defendant's website and examined the plaintiff's claims. In doing so, FDS performed a manual review of the website and used automated and AI tools that evaluated the Defendant's website for logic and code issues and barriers.

Please find my observations and opinions below:

The defendant's website is https://www.partyonthegrill.com/ and was evaluated on July 30, 2024.

The website is supported/managed by the accessibility widget audioeye.

Plaintiff's visit to Defendant's website was unsuccessful due to issues with the website design and logic, thus preventing a blind or low-sighted person from navigating the website.

Specifically, the Defendant's website did not correctly provide:

- The Plaintiff was disoriented when the automatic pop-up window appeared on the web page. The Plaintiff, as a legally blind user, had significant difficulty knowing when automatic visual context change had occurred, such as a new window popping up.

- A "Skip to content" link was not the first interactive element on the web page. Thus, the Plaintiff had to navigate through several links located in the header region and, only afterwards, move to the main content of the page.

- Images on the website had inappropriate and unclear alternative text. The Plaintiff could not receive accurate information from the non-text element of content.

In the Forensic Data Services (FDS) approach, claims made by Plaintiff are examined as to their reasonableness and whether or not they existed with the website at the time of the visit(s). In this present case, these issues did exist.

Next, the website is examined manually for issues ranging from evaluating " keyboard-only access" to image analysis.

Lastly, the website is evaluated using an automated tool, "Axe Pro," provided by the ADA software provider Deque.com. This tool is the Gold Standard and provides an integrated approach for evaluating websites, including usability evaluation, automated testing of website elements and code, and "guided" or "manual" elements.

Through this three-step approach, readers of this report can understand what the Plaintiff experienced during their visit, whether or not the website had issues that were roadblocks for disabled users, and any code or logic design issues that may have existed as well.

FDS' approach also provides an easy scorecard for interpreting the issue or barrier and understanding how the problem would affect a disabled user. The scorecard provides a rating based on six categories and defines the impact on the disabled user.

FDS's current test of the Defendant's website did identify (61) different issues. These issues included:

- ARIA role should be appropriate for the element

- Elements must only use permitted ARIA attributes

- Control text lacks 4.5:1 contrast ratio on hover or focus

- Text should not be marked as a heading

- The decorative image is not hidden from screen readers

- Image of text is used instead of real text

- Short text alternative is not appropriate

The Scorecard for this round of testing shows the following:

| Critical | Serious | Moderate | Minor | Color Contrast | Other |
|----------|---------|----------|-------|----------------|-------|
| 0 | 21 | 2 | 0 | 1 | 37 |

To better understand the categories provided above, the following descriptions are provided:

a. **Critical** - This issue results in blocked content for people with disabilities and will partially prevent them from accessing fundamental features or content. This type of issue puts your organization at risk.

b. **Serious—**This issue results in barriers for people with disabilities and partially prevents them from accessing fundamental features or content. As a result, people relying on assistive technologies will experience significant frustration.

c. **Moderate** - This issue creates barriers for people with disabilities but will prevent them from accessing fundamental features or content.

d. **Color Contrast—**This issue results from an organization not ensuring a proper ratio between the foreground and background of text and pictures. The correct ratio must be 4.5:1 for standard text and 3:1 for large text. Failure to meet this standard creates barriers for disabled users, especially visually impaired users.

e. **Other—**This issue identifies issues based on what has been determined as a best practice. When taken into account along with items a. through d., a minor problem could be elevated to a critical or severe barrier.

The issues listed above and referenced by the automated testing (61 issues) identify barriers that would prevent a disabled person from using and enjoying the Defendant's website. A more detailed report of the problems is attached as **Exhibit 1**.

To conclude, taking into account the issues presented by the Plaintiff, my testing of these items at or around the time of the Plaintiff's visit, the independent visual review of the website, and the automated testing of the current website, it is my expert opinion and with a high degree of scientific certainty that the website https://www.partyonthegrill.com/ has defects.

These barriers continue to create problems for visually disabled persons, such as the Plaintiff, and these defects act as a barrier to the effective use and enjoyment of the site for persons with low to no vision.

Accordingly, I reserve the right to update, alter, change, delete, and supplement this declaration in the alternative file if provided with additional relevant material.

Respectfully,

*Robert D Moody*

Robert D Moody
[Rmoody@fds.global](mailto:Rmoody@fds.global)

| | | | ADA Issues Report for: | |
|---|---|---|---|---|
| | | | https://www.partyonthegrill.com/ | |
| Item # | Rule ID | Impact | Source Code | Tags |
| 1 | aria-allowed-role | other | <label role="presentation"> | cat.aria,best-practice |
| 2 | aria-allowed-role | other | <label role="presentation"> | cat.aria,best-practice |
| 3 | aria-allowed-role | other | <label role="presentation"> | cat.aria,best-practice |
| 4 | aria-prohibited-attr | other | <div class="site-header-mobi" aria-label="Navigation Menu Modal"> | cat.aria,wcag2a,wcag412,EN-301-549,EN-9.4.1.2 |
| 5 | hidden-content | other | <div class="site-header-desktop"> | cat.structure,best-practice,experimental,review-item |
| 6 | hidden-content | other | <div id="SubMenu-4" class="sub-menu"> | cat.structure,best-practice,experimental,review-item |
| 7 | hidden-content | other | <div id="SubMenu-5" class="sub-menu"> | cat.structure,best-practice,experimental,review-item |
| 8 | hidden-content | other | <div id="SiteHeaderMobilePanel" class="site-header-mobi-panel"> | cat.structure,best-practice,experimental,review-item |
| 9 | hidden-content | other | <div id="MobileSubMenu-4" class="sub-menu"> | cat.structure,best-practice,experimental,review-item |
| 10 | hidden-content | other | <div id="MobileSubMenu-5" class="sub-menu"> | cat.structure,best-practice,experimental,review-item |
| 11 | hidden-content | other | <button class="btn fa fa-play play-motion ada-motion-toggle-btns hide-motion" data-action="play"> <span class="sr-only">hero gallery paused, press to play images slides</span> </button> | cat.structure,best-practice,experimental,review-item |
| 12 | hidden-content | other | <aside class="mobi-footer mobi-footer--sticky" role="presentation" style=""> | cat.structure,best-practice,experimental,review-item |

| | | | | |
|---|---|---|---|---|
| 13 | hidden-content | other | `<div class="site-footer-desktop site-footer-desktop--show">` | cat.structure,best-practice,experimental,review-item |
| 14 | hidden-content | other | `<div id="popup-newsletter-form" class="popup popup--form mfp-hide">` | cat.structure,best-practice,experimental,review-item |
| 15 | hidden-content | other | `<div style="display: none;"> <label for="ae_newsletter_15">leave this field blank <input type="text" name="comment_body" value="" id="ae_newsletter_15"> </label> </div>` | cat.structure,best-practice,experimental,review-item |
| 16 | hidden-content | other | `<i class="error-label" id="firstname-error">Please, enter a valid first name</i>` | cat.structure,best-practice,experimental,review-item |
| 17 | hidden-content | other | `<i class="error-label" id="lastname-error">Please, enter a valid last name</i>` | cat.structure,best-practice,experimental,review-item |
| 18 | hidden-content | other | `<i class="error-message-email" id="email-error">Please, enter a valid email</i>` | cat.structure,best-practice,experimental,review-item |
| 19 | hidden-content | other | `<span class="form-error-msg">Please check errors in the form above</span>` | cat.structure,best-practice,experimental,review-item |
| 20 | hidden-content | other | `<div class="form-success-msg"> <span role="alert">Thank you for signing up for email updates!</span> <button type="button" class="btn btn-brand-alt js-popup-closebtn">Close</button> </div>` | cat.structure,best-practice,experimental,review-item |

| | | | | |
|---|---|---|---|---|
| 21 | hidden-content | other | `<div id="popup-reservations-form" class="popup popup--form mfp-hide">` | cat.structure,best-practice,experimental,review-item |
| 22 | hidden-content | other | `<i class="error-label">Please, select a location</i>` | cat.structure,best-practice,experimental,review-item |
| 23 | hidden-content | other | `<i class="error-label">Please, select a date</i>` | cat.structure,best-practice,experimental,review-item |
| 24 | hidden-content | other | `<span class="form-error-msg">Please check errors in the form above</span>` | cat.structure,best-practice,experimental,review-item |
| 25 | hidden-content | other | `<div class="form-success-msg"><span>Thanks!</span></div>` | cat.structure,best-practice,experimental,review-item |
| 26 | hidden-content | other | `<div id="popup-alert" class="popup popup--modal mfp-hide" data-bb-track-label="Alert" data-popup-auto-open="modal" role="dialog" aria-modal="true">` | cat.structure,best-practice,experimental,review-item |
| 27 | hidden-content | other | `<div class="grecaptcha-badge" data-style="bottomright" style="width: 256px; height: 60px; display: block; transition: right 0.3s ease 0s; position: fixed; bottom: 14px; right: -186px; box-shadow: gray 0px 0px 5px; border-radius: 2px; overflow: hidden;">` | cat.structure,best-practice,experimental,review-item |

| | | | | |
|---|---|---|---|---|
| 28 | hidden-content | other | &lt;textarea id="g-recaptcha-response-100000" name="g-recaptcha-response" class="g-recaptcha-response" style="width: 250px; height: 40px; border: 1px solid rgb(193, 193, 193); margin: 10px 25px; padding: 0px; resize: none; display: none;"&gt;&lt;/textarea&gt; | cat.structure,best-practice,experimental,review-item |
| 29 | hidden-content | other | &lt;iframe style="display: none;" id="ae_iframe_ohtp2xsm"&gt;&lt;/iframe&gt; | cat.structure,best-practice,experimental,review-item |
| 30 | hidden-content | other | &lt;iframe title="AudioEye Persistent Cookies Iframe" id="ae-userStateStore" src="https://wsv3cdn.audioeye.com/v2/frame/cookieStorage.html?build=prod/m&amp;pscb=&amp;cb=3358eb1" style="display: none; height: 0px; width: 0px;"&gt;&lt;/iframe&gt; | cat.structure,best-practice,experimental,review-item |
| 31 | hidden-content | other | &lt;div id="ae_compliance" class="ae-module" style="display: none;"&gt; | cat.structure,best-practice,experimental,review-item |
| 32 | hidden-content | other | &lt;div id="audioeye_new_window_message" style="display:none"&gt;Opens in new window&lt;/div&gt; | cat.structure,best-practice,experimental,review-item |
| 33 | hidden-content | other | &lt;div id="audioeye_pdf_message" style="display:none"&gt;PDF Download&lt;/div&gt; | cat.structure,best-practice,experimental,review-item |
| 34 | hidden-content | other | &lt;div id="audioeye_word_message" style="display:none"&gt;Word Download&lt;/div&gt; | cat.structure,best-practice,experimental,review-item |

| | | | | |
|---|---|---|---|---|
| 35 | hidden-content | other | `<div id="audioeye_excel_message" style="display:none">Excel Download</div>` | cat.structure,best-practice,experimental,review-item |
| 36 | hidden-content | other | `<div id="audioeye_powerpoint_message" style="display:none">PowerPoint Download</div>` | cat.structure,best-practice,experimental,review-item |
| 37 | hidden-content | other | `<div id="audioeye_document_message" style="display:none">Document Download</div>` | cat.structure,best-practice,experimental,review-item |
| 38 | hidden-content | other | `<div style="display: none" class="ae-left"> <span>Explore your accessibility options</span> </div>` | cat.structure,best-practice,experimental,review-item |
| 39 | contrast-link-infocus-4.5-1 | serious | `<a href="/menus" class="btn btn-brand" target="_parent">View</a>` | wcag2aa,wcag143a |
| 40 | semantic-heading-misused | serious | `<h2 class="h2 c-split__heading" style="">Welcome to Arirang Hibachi Steakhouse &amp; Sushi Bar</h2>` | wcag2a,wcag131e |
| 41 | semantic-heading-misused | serious | `<h3 class="h2 card__heading" role="presentation">Kids Eat Free</h3>` | wcag2a,wcag131e |
| 42 | semantic-heading-misused | serious | `<h3 class="h2 card__heading" role="presentation">2X Points Wednesdays</h3>` | wcag2a,wcag131e |
| 43 | semantic-heading-misused | serious | `<h3 class="h2 card__heading" role="presentation">$25 Samurai Prefix Menu</h3>` | wcag2a,wcag131e |

| | | | |
|---|---|---|---|
| 44 | semantic-heading-misused | serious | `<h3 class="h2 card__heading" role="presentation">Join Us For Happy Hour</h3>` | wcag2a,wcag131e |
| 45 | semantic-heading-misused | serious | `<h3 class="h2 card__heading" role="presentation">Win a $25 Gift Card</h3>` | wcag2a,wcag131e |
| 46 | semantic-heading-misused | serious | `<h3 class="h2 card__heading" role="presentation">Arirang Emperors Club</h3>` | wcag2a,wcag131e |
| 47 | semantic-heading-misused | serious | `<h2>Accessibility </h2>` | wcag2a,wcag131e |
| 48 | alt-text-decorative-inappropriate | moderate | `<div role="img" aria-label="a man that is on fire" class="gallery__item gallery__item-fallback" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b46e7de6880481/media/images/70778cheffire-new.jpg?w=1200&amp;fit=max&amp;auto=compress,format'); background-position: none ;">` | wcag2a,wcag111d |
| 49 | alt-text-decorative-inappropriate | moderate | `<img class="site-logo__expanded" src="https://images.getbento.com/HtZR1Ux2TOaMWnC6lxBG_arirang-logo.png" alt="Arirang Hibachi Steakhouse Homepage">` | wcag2a,wcag111d |

| | | | | |
|---|---|---|---|---|
| 50 | image-of-text | serious | `<div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b46e7de6880481/media/images/79515Kids_Eat_Free_Bentobox.png?w=1200&amp;fit=max&amp;auto=compress,format');background-position:` none `">` | wcag2aa,wcag145a |
| 51 | image-of-text | serious | `<div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b46e7de6880481/media/images/61989Double_Points_BentoBox_2.png?w=1200&amp;fit=max&amp;auto=compress,format');background-position:` none `">` | wcag2aa,wcag145a |

| 52 | image-of-text | serious | <div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b46e7de6880481/media/images/40746Copy_of_Copy_of_SAMURAI_SUPPER_1920_x_1080_px_7.png?w=1200&amp;fit=crop&amp;auto=compress,format&amp;crop=focalpoint&amp;fp-x=0.5&amp;fp-y=0.5');background-position: 50.0% 50.0% "> | wcag2aa,wcag145a |
| 53 | image-of-text | serious | <div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b46e7de6880481/media/images/98979happy_hour_2.png?w=1200&amp;fit=crop&amp;auto=compress,format&amp;crop=focalpoint&amp;fp-x=0.5&amp;fp-y=0.5');background-position: 50.0% 50.0% "> | wcag2aa,wcag145a |

| | | | | |
|---|---|---|---|---|
| 54 | image-of-text | serious | `<div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b46e7de6880481/media/images/71334Copy_of_GET_25_1920_x_1080_px_1.png?w=1200&amp;fit=crop&amp;auto=compress,format&amp;crop=focalpoint&amp;fp-x=0.5&amp;fp-y=0.5');background-position: 50.0% 50.0% ">` | wcag2aa,wcag145a |
| 55 | image-of-text | serious | `<div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b46e7de6880481/media/images/26757Copy_of_GET_25_1920_x_1080_px_2.png?w=1200&amp;fit=crop&amp;auto=compress,format&amp;crop=focalpoint&amp;fp-x=0.5&amp;fp-y=0.5');background-position: 50.0% 50.0% ">` | wcag2aa,wcag145a |

| | | | | |
|---|---|---|---|---|
| 56 | alt-text-short-text-not-meaningful | serious | `<div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b4 6e7de6880481/media/images/79 515Kids_Eat_Free_Bentobox.png? w=1200&amp;fit=max&amp;auto= compress,format');background-position:` none `">` | wcag2a,wcag111c |
| 57 | alt-text-short-text-not-meaningful | serious | `<div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b4 6e7de6880481/media/images/61 989Double_Points_BentoBox_2.pn g?w=1200&amp;fit=max&amp;aut o=compress,format');background-position:` none `">` | wcag2a,wcag111c |

| | | | | |
|---|---|---|---|---|
| 58 | alt-text-short-text-not-meaningful | serious | <div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b46e7de6880481/media/images/40746Copy_of_Copy_of_SAMURAI_SUPPER_1920_x_1080_px_7.png?w=1200&amp;fit=crop&amp;auto=compress,format&amp;crop=focalpoint&amp;fp-x=0.5&amp;fp-y=0.5');background-position: 50.0% 50.0%"> | wcag2a,wcag111c |
| 59 | alt-text-short-text-not-meaningful | serious | <div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b46e7de6880481/media/images/98979happy_hour_2.png?w=1200&amp;fit=crop&amp;auto=compress,format&amp;crop=focalpoint&amp;fp-x=0.5&amp;fp-y=0.5');background-position: 50.0% 50.0%"> | wcag2a,wcag111c |

| | | | | |
|---|---|---|---|---|
| 60 | alt-text-short-text-not-meaningful | serious | `<div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b4 6e7de6880481/media/images/71 334Copy_of_GET_25_1920_x_108 0_px_1.png?w=1200&amp;fit=crop &amp;auto=compress,format&am p;crop=focalpoint&amp;fp-x=0.5&amp;fp-y=0.5');background-position: 50.0% 50.0% ">` | wcag2a,wcag111c |
| 61 | alt-text-short-text-not-meaningful | serious | `<div class="card__image image-thumbnail" style="background-image: url('https://images.getbento.com/accounts/6a9c99ef2d847376c6b4 6e7de6880481/media/images/26 757Copy_of_GET_25_1920_x_108 0_px_2.png?w=1200&amp;fit=crop &amp;auto=compress,format&am p;crop=focalpoint&amp;fp-x=0.5&amp;fp-y=0.5');background-position: 50.0% 50.0% ">` | wcag2a,wcag111c |



# Robert D. Moody

 

## <u>Contact Information</u>

**Robert D. Moody**
Forensic Data Services, Inc. (d/b/a FDS Global)
3325 South University Drive, Suite 206
Davie, Florida 33328
(954) 727 – 1957
(954) 854 - 6004


## <u>Education</u>

Nova Southeastern University, Broward County Florida, Bachelor of Science, 1990

St. Thomas University School of Law, Miami-Dade County Florida, Juris Doctorate, 1993

Oxford University, Oxford England, PGDip — Global Business, 2017


## <u>Certification</u>

Certified as an Information Systems Auditor (CISA), Information Systems Audit and Control Association, 2002

Certified as an Information Security Manager (CISM), Information Systems Audit and Control Association, 2003

Certified in Computer Forensics, Oregon State University, 2003

Certified as an Access Data Certified Examiner (ACE), Access Data Corporation, 2009, 2015

Certification in Cell Record and Cell Tower Analysis, FMS Group, UK, 2015

Certified in Blockchain Essentials, eCornell, Cornell University, 2021

Forensic Explorer Certified Examiner (FEXCE), GetData Forensics, 2022

**ADA / Website Accessibility Training**

Web Accessibility (2019)

Learn the Best Practices, Tools, and Techniques (2019)

Testing: - Selenium, BDD, Axe, Pa11y, Jaws, NVDA (2019)

Creating Accessible Websites (2019)

HTML (2020)

Create Mobile Friendly Web Apps with HTML (2020)

Web Content Accessibility Guidelines (WCAG 2.1) Simplified (2019)

Introduction to UX Design for Accessibility and WCAG 2.0 (2020)

Technological Adaptability (2020)

What to look for in an Accessibility Audit (2020)

The ROI of Digital Accessibility (2020)

What to Expect from an Accessibility Audit (2020)

Accessibility and Compliance: How to Measure Digital Accessibility (2020)

Introduction to Screen Readers (2020)

Android Native Mobility Accessibility (2020)

IOS Native Mobility Accessibility (2020)

Customer Service for People with Disabilities (Curriculum) 2023

Serving Customers with Disabilities (2023)

Disability Etiquette Basics (2023)

Effective Communication (PT1 – In Person) (PT2 – Remote) 2023

Angular Accessibility (Issues, Framework, and Testing) 2023

**Organizations / Associations**

Information Systems Audit and Control Association (ISACA)

International Association of Accessibility Professionals (IAAP)

**ADA Court Opinions**

Fuller v. Things Remembered, Inc., Case No. 19-civ-62034-Gayles/Strauss (Southern District of Florida) (Performed expert services on behalf of [visually impaired?] plaintiff regarding [website compliance?] by the defendant)

Ariza v. Untuckit, LLC, 19-cv-24291-Bloom/Louis (Southern District of Florida) (Performed expert services on behalf of visually impaired plaintiff regarding website compliance by the defendant)

Fernandez v. Shop 601, LLC, Case No. 20-cv-80713 (Southern District of Florida) (Performed expert services on behalf of visually impaired and physically disabled plaintiff regarding website compliance by the defendant)

Paguada v. Yieldstreet Inc., 20-civ-9254-LGS (Southern District of New York) (Performed expert services on behalf of visually impaired, legally blind plaintiff regarding website compliance by the defendant)

Jaquez v. Aqua Carpatica USA, Inc., 20-cv-8487-ALC (Southern District of New York) (Performed expert services on behalf of visually impaired plaintiff regarding website compliance by the defendant)

Angeles v. Grace Products, Inc., 20-cv-10167-AJN  (Southern District of New York) (Performed expert services on behalf of legally blind plaintiff regarding website compliance by the defendant)

Quezada v. U.S. Wings, Inc., 20-cv-10707-ER (Southern District of New York) (Performed expert services on behalf of legally blind plaintiff regarding website compliance by the defendant)

Ariza v. South Moon Sales, 21-cv-23604-Williams/McAliley (Southern District of Florida) (Performed expert services on behalf of visually impaired plaintiff regarding website compliance by the defendant)

Fernandez v. Sunday State, Case No. 22-cv-80653-RS (Southern District of Florida) (Performed expert services on behalf of visually impaired and physically disabled plaintiff regarding website compliance by the defendant)

Guerrero v. Ogawa USA Inc., 22-civ-2583-LGS (Southern District of New York) (Performed expert services on behalf of visually impaired and legally blind plaintiff regarding website compliance by the defendant)

Ariza v. Wolf Fashion, LLC, 22-cv-21944-Bloom/Otazo-Reyes (Southern District of Florida) (Performed expert services on behalf of visually impaired plaintiff regarding website compliance by the defendant)

Ariza v. Casablanco Mattress & Furniture Gallery, LLC, 22-cv-23759 (Southern District of Florida) (Performed expert services on behalf of visually impaired plaintiff regarding website compliance by the defendant)

<u>Davis v. Wild Friends Foods, Inc.</u>, 22-cv-04244-LJL (Southern District of New York) (Performed expert services on behalf of visually impaired and legally blind plaintiff regarding website compliance by the defendant)

<u>Ariza v. Limonada Group, LLC</u>, Case No. 23-cv-20542-RAR (Southern District of Florida) (Performed expert services on behalf of blind plaintiff regarding website compliance by the defendant)


**<u>Expert Witness Testimony</u>**

<u>Kimberly Bagley, as Personal Representative of the Estate of Horris Lee Moore, deceased v. Maureen Kent Tabor and Jon Tabor,</u> In the Circuit Court of the 18th Judicial Circuit in and For Brevard County, Florida, Case Number 05-2021-CA-051255, Testified at Deposition as to the contents of opposing expert's report and the condition of the Decedent's cellular phone. (Deposition)

<u>State of Florida v. Jacob Bowman</u> In the Circuit Court for the 19th Judicial Circuit in and For St. Lucie, Florida, Case Number 56-2021-CF-002380-A, Testified at the Sentencing Hearing regarding the location of CSAM material and how it was found in that location and who had access to it. (Hearing)

<u>State of Florida v. Charles Mabry, Jr.</u> In the Circuit Court of the Tenth Judicial Circuit, In and For Polk County, Florida, Case No: 53-2019-CF-009050-A000-XX, Testified at a Motion to Suppress regarding the process of Law Enforcement extracting files from a Peer to Peer network and its relevancy given no warrant was obtained for the extraction and viewing. (Hearing)

<u>Juan Alcazar, et al v. Fashion Nova, Inc., United States District Court for the Northern District of California,</u> Case No. 4:20-cv-01434-JST, Testified at deposition regarding the WCAG adherence and ADA compliance of a website. (Deposition)

<u>State of Florida v. Carlos Mendez,</u> In the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida Case No: F23-005216, testified regarding the status of a cellular phone power based upon records kept by the carrier and data found on the phone itself. (Deposition)

<u>IN RE: Sheppard, Marjory,</u> In the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida, Case No: 2022-000118-CP-02, testified regarding the imaging of an iPhone and the verification of data found on the device by Counsel (Deposition)

<u>United States of America v. Christopher Chappell,</u> In the United States District Court for the Southern District of Florida, Case No. 22-60148-CR-SMITH, testified at the Sentencing Hearing as to the lack of CSAM on the Defendant's devices and to the condition of metadata from mobile devices that contradicted the testimony of the Government's witnesses. (Hearing)

<u>State of Florida v. Joseph Baldino,</u> In the Circuit Court of the 19th Judicial Circuit In and For St. Lucie County, Florida, Case No. 562011CF1300, Case on Appeal, Testified as to work I performed in support of Defendant's appeal.(Deposition)

<u>State of Florida v. Michael Tateishi,</u> In the Circuit Court of the 10th Judicial Circuit, In and For Polk County Florida, Case No. 2020-CF009494, testified as to the need to inspect evidence and the protocol for doing so when evidence contained CSAM. (Hearing)

<u>Dean Allen Burri, et al v. EBS South, Inc., et al,</u> In the Circuit Court of the 11<sup>th</sup> Judicial Circuit, in and for Miami-Dade County, Florida (Civil Division), Case No. 2021-004363-CA-01, Testified as to different issues that occurred in the case. (Multiple Hearings)

<u>Latasha West v. Moral Foods. LLC. ,</u> In the Circuit Court of the 17<sup>th</sup> Judicial Circuit, In and For Broward County, Florida, Case No.: CACE-14-017346 (09), Testified as to the process and analysis associated with surveillance video footage provided by Defendant. (Deposition)

<u>Coastal Construction Company of Palm Beach. Inc. d/b/a Coastal Construction of Palm Beach v. Roll Plumbing Company. Inc.,</u> In the Circuit Court for the 11th Judicial Circuit, In and for Miami-Dade County, Florida, Case No.: 08-56455-CA-23, Testified at Evidentiary Hearing regarding the destruction of data and the likelihood of valuable evidence existing if the hard drive had not been tampered with. (Hearing)

<u>Jason Lee and Fine Marketing Solutions. LLC v. Kenneth A. Orr, Evan H, Berger. Triumph Small Cap Fund. Inc. J.D. Lauren, Inc. Solar Grid Capitol. Inc. and Ecologix Resource Group, Inc.,</u> In the Circuit Court for the 11th Judicial Circuit, In and For Miami-Dade County, Florida, Case No.: 2012-031582-CA-OI, Testified at Evidentiary Hearing regarding the process for examining evidence. (Hearing)

<u>C.T. and L.T. individually and as parents and Guardians of B.T., a minor v. A.S. and M.S. and SS, a Minor,</u> In the United States District Court for the Southern District of Florida … Records Sealed. (Hearings)

<u>Mary Laurine Umstead v. Horizon Bay Mgt, LLC, et al.</u> In the Circuit Court of the 13th Judicial Circuit of the State of Florida in and For Hillsborough County, Circuit Civil, Testified at Trial as to whether or not the information contained in an Electronic Medical Record system was accurate and whether or not certain operational practices were followed. (Trial)

<u>In Re: Rothstein Rosenfeld and Adler,</u> US Bankruptcy Court for the Southern District of Florida, Case No. : 09-34791-BKC-RBR, Testified at Evidentiary Hearing to qualifications and to be appointed as the Court's expert. Accepted as an Expert and appointed to address complex technical issues facing the Court and issued a report on the same. (Hearing)

<u>United States of America v. Michael Meister,</u> United States District Court Middle District of Florida, Case No. 8:10-CR-339-T-26AEP, Testified at an Evidentiary Hearing regarding the complex issues involved in the collection, and preservation, review, and analysis associated with the Government's case. (Hearing)

<u>United States of America v. William Vazquez Rivera,</u> In the United States District Court for the District of Puerto Rico, Criminal Number 09-361 (JAF), Testified at Trial regarding issues with identifying the specific location of a computer as well as identifying the individual who was at the computer at a specific date and time. (Trial)

<u>Mathew Beck. et al. y. Boce Group, LLC d/b/a Next Café. et al.</u> US District Court for the Southern District of Florida, Case No.: 04-20683-CIV-Cooke, testified regarding the destruction of computer data, the existence of an audit trail, and the possible manipulation of time-keeping records. (Deposition and Trial)

<u>Health Trio v. Ralph Korpman. et al.</u> In the Chancery Court for Davidson County, Tennessee, 20th Judicial District, Civil Action No., 05-559-111, Testified on the potential destruction of evidence, a possible violation of a court order preserving all information on the computer, and the possible destruction of evidence through the use of file scrubbing software. (Deposition and Trial)

<u>William P. Planes, Sr. y. Rocky Shirey. et al.,</u> In the Circuit Court for the 6th Judicial Circuit in and for Pinellas County, Florida, Case No.: 06-9077-CI-19, Testified at Evidentiary Hearing regarding issues involving the identification and preservation of data belonging to the Defendants. (Hearing)

<u>Jan Bronstein v. Marc Bronstein,</u> United States District Court, Southern District of Florida, Case No.: 0680656, Testified at deposition regarding the ownership and go-live date of a company's website and its domain. (Deposition)

<u>In Re: The Marriage of Stuart Pressman and Wendy Bulgrin.</u> In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 06-008172, Testified on topics that included the collection, preservation, and processing of data stored within a Point-of-Sale System used by the couple's business and inventory issues. (Evidentiary Hearing, Deposition, and Trial)

<u>Building Education Corporation v. Jose Manuel Fernandez. et al.</u> In the Circuit Court of the 11th Judicial Circuit in and for Miami Dade County, Florida, Case No.: 03-15909 CA 09, Testified at Evidentiary Hearing providing information to the Court for possible selection as a neutral expert in the investigation and tracking ESI through a large IT infrastructure. (Hearing)

<u>Microsoft Corporation V. Big BQY Distribution. LLC/</u> In the United States District Court in and for the
Southern District of Florida, Case No.: 07-80296-CIV-Hurley/Vitunac, testified at deposition regarding the examination of Plaintiff's expert's report and the methods used by the said expert in coming to their conclusions. (Deposition)

<u>Orlando/Orange County Expressway Authority v. Tuscan Ridge. et al.,</u> In the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida, Case No.: 2006-CA-006250-O, Testified at Evidentiary Hearing regarding establishing the true and correct Metadata information associated with computer files created by an expert in an Eminent Domain action. (Hearing)

<u>Med Qata Infotech USA, Inc. v. Unnikrishnan Thankappan. et al,</u> In the Circuit Court of the 6th Judicial Circuit in and for Pasco County, Florida. Case No.: 51-2004-CA-00321WS, testified at deposition regarding the contents of several hard drives containing information relating to computer software created by Plaintiff. (Deposition)

<u>Contractors. Inc. v. Turner Construction Company, et al.</u> In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, Complex Business Litigation Section, Case No.: 02-32516CA-40, Testified at Evidentiary Hearing regarding addressing the collection, preservation, processing, analysis, and possible destruction of evidence. (Hearing)

<u>Benjamin J. Philips, Ill y. Oracle USA, Inc:</u> In the Circuit Court of the 4th Judicial Circuit, in and for Duval County, Florida, Case No.: 16-2007-CA-006905-XXXX-MA, Division CV-E, Testified at Evidentiary Hearing regarding issues surrounding the destruction of evidence from a company-owned laptop used by Plaintiff. (Hearing)

<u>Jessica Lane v. Adam Gerry.</u> In the Circuit Court for the 20th Judicial Circuit in and for Collier County, Florida, Civil Action No. 08-9521-CA, testified at deposition regarding issues

surrounding the disappearance of a laptop and the information found on the device after it had been recovered. (Deposition)

The Florida Bar v. Jeremy W. Alters, In and for the Supreme Court of Florida (Before a Referee) Supreme Court Case No.: SC14-100, Testified at Trial regarding cellphone data being deleted and the process for examining evidence. (Trial)

## Teaching and lectures by Topic

- CLE Presentation "**Interpreting the data collected from monitoring devices**"

- FBI Retired Agent's Event – "What one can recover from a mobile device."

- Adjunct Professor — IE Business School, Madrid Spain, master's in cyber security, my area of responsibility is in Digital Forensics and Computer Crimes.

- Computer Forensic Issues Important to the Criminal Defense Bar. Private event sponsored by FDS. In May 2016, Event provided instruction on six different forensic challenges facing criminal defense attorneys in practice.

- Mobile Devices and BYOD/CYOD: the eDiscovery Challenges, Panelist, LawTech Europe Congress 2015 Conference, October 2015.

- The Lifecycle of Electronic Evidence - Have We Finally Got it Right? Panelist, LawTech Europe Congress 2015 Conference, October 2015.

- Cellular Phone Tracking Via Cell Towers - Dispelling the Postmortem Analysis Myth, 7th European Academy of Forensic Science Conference, September 2015.

- Digital Security and the Dangers Facing Every Employer, 7th European Academy of Forensic Science Conference, September 2015.

- Cellular Phone Tracking Via Cell Towers — Dispelling the Postmortem Analysis Myth, High Technology Crime Investigation Association, August 2015.

- 48 Hours of a Cyber Security Breach — What to Do from a Technical Standpoint: A First Responder Case Study, The Daily Business Review's Corporate Counsel Summit, May 2015.

- Data Security: What is a RAT? (Remote Access Trojan), Daily Business Review's Corporate Counsel Summit, November 2014.

- Data Security, Keeping Your Database, Customer Information and Other Proprietary Information Safe and What to Do If There Is A Security Breach, Daily Business Review's Corporate Counsel Summit, April 2013.

- Data Security, LawTech Miami, November 2013.

## **Publications**

- Globalization and Data Protection — An Analysis of Practicality, PGDIP — Global Business, Oxford University, February 2017.

- Electronic Discovery — 21st Century Road map, Georgia Defense Lawyers Association Periodical, May 2006.

- Firms Face Forensic Challenge, South Florida Business Journal, May 2006.

- Electronic Discovery: A Smart Five-Step Approach, South Florida Legal Guide, November 2006, Reprinted 2007.

- What Every Business Needs to Know about Evidence Preservation and Electronic Discovery Issues, September 2007.

- Forensic Times Newsletter, 2007 & 2008. (Trade Publication produced by firm)

- Discovery Requests: Knowing when and how to proceed can save thousands and the case, Smart Business, May 2008.

- How to obtain information from an Internet Service Provider, 2016.